# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2014

148726

GUS GHANAM,
   Plaintiff-Appellant,

v

JOHN DOES,
   Defendants,
and

JOSEPH MUNEM,
   Appellee.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 148726
COA: 312201
Macomb CC: 2012-001739-CZ

_____/

   On order of the Court, the application for leave to appeal the January 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

t1217